IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLA ELLIS, | : |
|     Plaintiff | :   Civil Action No. 1:05-CV-2466 |
| | : |
| v. | :   (Chief Judge Kane) |
| | : |
| HARRISBURG AREA COMMUNITY COLLEGE | : |
| | : |
|     Defendant | : |

## VERDICT

1. Do you find that Plaintiff Darla Ellis suffered any material adverse employment action(s) caused by the Defendant, Harrisburg Area Community College, after she engaged in the protected activity of filing a complaint with the Pennsylvania Human Relations Commission?

   Yes _____   No __X__

*If you answered "Yes" to Question 1, proceed to Question 2.*
*If you answered "No" to Question 1, stop here. After the Foreperson signs and dates the verdict slip below, please return to the courtroom.*

2. Do you find that a causal link exists between Plaintiff's protected activity and Defendant's adverse action(s)?

   Yes _____   No _____

*If you answered "Yes" to Question 2, proceed to Question 3.*
*If you answered "No" to Question 2, stop here. After the Foreperson signs and dates the verdict slip below, please return to the courtroom.*

1

3. What amount of compensatory damages, if any, do you award the Plaintiff?

$_____

*Please proceed to the next question.*

4. Please list the value of past work lost (back pay), if any, that you find Plaintiff sustained as a result of Defendants' adverse employment action(s)?

$_____

*Stop here. After the Foreperson signs and dates the verdict slip below, please return to the courtroom.*

Date: 2/8/07

_____
Foreperson